PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00267-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE RE: WESTCARE; ORDER |
| v. | |
| ANGEL SANCHEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference on December 14, 2022, to review the defendant's progress at Westcare. The pretrial services office reports that the defendant has performed well and has had no violations to date.

2. By this stipulation, the parties now move to vacate the status conference set on December 14, 2022.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: December 9, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: December 9, 2022

/s/ PETER JONES
PETER JONES
Counsel for Defendant
ANGEL SANCHEZ

**ORDER**

IT IS SO ORDERED.

DATED:   12/9/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE