IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN CARLOS RUIZ JR,<br>   AKA "GOER";<br>ANGEL SANCHEZ,<br>   AKA "MOUSE";<br>ALMA SANCHEZ,<br>CARLOS ERNESTO FRANCO,<br>SOSTENES QUINTERO LOPEZ,<br>   AKA "SOSTENES QUINTERO";<br>   AKA "CHAPARRO"; AND<br>JAVIER ALFONSO LOPEZ LOPEZ,<br><br>  Defendants. | CASE NO. 1: 22-CR-00267-JLT-SKO<br><br>ORDER UNSEALING INDICTMENT |

Good cause due to the defendant's pending Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment and related court filings in the above matter, be UNSEALED.

Dated: June 15, 2023

_____
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

Order Unsealing Indictment                                1