PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS RUIZ JR,<br>ANGEL SANCHEZ,<br>SOSTENES QUINTERO LOPEZ,<br>JAVIER ALFONSO LOPEZ LOPEZ,<br>CARLOS ERNESTO FRANCO SARABIA<br><br>Defendants. | CASE NO. 1:22-CR-00267-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: 8/16/2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status conference on 8/16/2023.

2.  By this stipulation, defendant now moves to continue the status conference until 11/15/2023, and to exclude time between 8/16/2023, and 11/15/2023, under 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T4].

3.  The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, video, audio recordings,

1   cell phone extractions, and other voluminous materials.   On or about January 13, 2023, the
2   government produced approximately 430 GBs of supplemental discovery.
3               b)      Counsel for defendants desire additional time to consult with their clients, review
4   the voluminous discovery, conduct independent investigation, and pursue a potential pretrial
5   resolution of the case.
6               c)      Counsel for defendants believe that failure to grant the above-requested
7   continuance would deny him/her the reasonable time necessary for effective preparation, taking
8   into account the exercise of due diligence.
9               d)      The government does not object to the continuance.
10              e)      Based on the above-stated findings, the ends of justice served by continuing the
11  case as requested outweigh the interest of the public and the defendant in a trial within the
12  original date prescribed by the Speedy Trial Act.
13              f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14  et seq., within which trial must commence, the time period of 8/16/2023 to 11/15/2023,
15  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T4]
16  because it is so unusual or so complex, due to the number of defendants, the nature of the
17  prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect
18  adequate preparation for pretrial proceedings or for the trial itself within the time limits
19  established by this section.
20      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the
21  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
22  must commence.
23          IT IS SO STIPULATED.

Dated:  August 7, 2023                    PHILLIP A. TALBERT
                                          United States Attorney


                                          /s/ ANTONIO J. PATACA
                                          ANTONIO J. PATACA
                                          Assistant United States Attorney

Dated:  August 7, 2023                    /s/ MARK COLEMAN
                                          MARK COLEMAN
                                          Counsel for Defendant
                                          JUAN CARLOS RUIZ


Dated:  August 7, 2023                    /s/ PETER JONES
                                          PETER JONES
                                          Counsel for Defendant
                                          ANGEL SANCHEZ


Dated:  August 7, 2023                    /s/ HRISTO K. BIJEV
                                          HRISTO K. BIJEV
                                          Counsel for Defendant
                                          SOSTENES QUINTERO
                                          LOPEZ


Dated:  August 7, 2023                    /s/ GERONIMO GUTIERREZ
                                          GERONIMO GUTIERREZ
                                          Counsel for Defendant
                                          JAVIER ALFONSO LOPEZ
                                          LOPEZ


Dated:  August 7, 2023                    /s/ ROGER WILSON
                                          ROGER WILSON
                                          Counsel for Defendant
                                          CARLOS ERNESTO FRANCO
                                          SARABIA

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT

**ORDER**

IT IS SO ORDERED.

DATED: 8/10/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE